```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                       Crim. No. 07-85 (PAM)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| 1.   CRAIG KEITH POTTS, | ) | |
| 2.   MICHAEL W. JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on September 26, 2007 for a status conference and hearing on the motion of Defendant Craig Keith Potts for a continuance. Roger Magnuson and David Eldred appeared for defendant Craig Keith Potts. Scott Strouts appeared for defendant Michael W. Johnson. AUSA Robert Lewis appeared for the government. Neither the government nor defendant Johnson objects to the continuance. Both defendants, through counsel, agreed to waive their rights to a Speedy Trial pursuant to 18 U.S.C. § 3161 et seq., and have filed written waivers so indicating. (See Docket Nos. 65-66.)

The Court finds that a continuance of this matter would serve the ends of justice because of the complexity of the case; the likely difficulties posed to witnesses needed for trial; and the need of counsel for Michael Johnson, who only recently has been charged, to be able to assess and evaluate the evidence and prepare for trial. Now, therefore, it is hereby

ORDERED that trial in this matter is continued until January 14, 2008 and that the period of time between entry of this order

and January 14, 2008 is excluded from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161, 3161(h)(8).

BY THE COURT:

Dated: October 4, 2007   .

s/ Paul A. Magnuson
Hon. Paul A. Magnuson
United States District Court